# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FIDEL MARTINEZ, <br><br> Defendant. | 4:16CR3051 <br><br> **ORDER** |

Defendant has been federal detained pending the outcome of this case. He was recently sentenced on state charges and wants to begin serving those sentences. The government does not oppose Defendant's request.

Accordingly,

IT IS ORDERED:

1) The defendant shall be released to the custody of the state to begin serving a sentence of imprisonment on his state convictions.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant to commence serving his federal sentence in the above-captioned case.

3) The clerk shall provide a copy of this order to the Marshal.

May 12, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge